Richard J. Reynolds, SBN 89911
Rafael R. Garcia-Salgado, SBN 283230
Burke, Williams & Sorensen, LLP
1851 E. First Street, Suite 1550
Santa Ana, CA  92705
Telephone:    949.863.3363
Facsimile:    213.236.2700

Attorneys for Secured Creditor, Trojan Capital Investments, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>MICHAEL JOSEPH RUFFNER,<br><br>Debtor. | Case No. 8:17-bk-14421-ES<br><br>Chapter 7<br><br>**DECLARATION OF DON A. MADDEN III IN SUPPORT OF TROJAN CAPITAL INVESTMENTS, LLC'S MOTION FOR RELIEF FROM STAY** |
| TROJAN CAPITAL INVESTMENTS, LLC,<br><br>Moving Party,<br><br>v.<br><br>MICHAEL JOSEPH RUFFNER,<br><br>Respondent. | <u>Hearing on Motion:</u><br>Date:    February 1, 2018<br>Time:    10:00 a.m.<br>Judge:   Erithe Smith<br>Ctrm:    5A |

///

///

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4833-6175-1643 v1        1.        DECLARATION OF DON A. MADDEN III IN SUPPORT OF
TROJAN CAPITAL INVESTMENTS, LLC'S MOTION FOR
RELIEF FROM STAY

I, DON A. MADDEN, III declare as follows:

1. The following facts are personally known to me, and I have first-hand knowledge of the same, or are matters of which the Court may take judicial notice. If called as a witness, I could and would competently testify thereto under oath. I am the President of Movant TROJAN CAPITAL INVESTMENTS, LLC **("Trojan")** and I am authorized to make this Declaration. This Declaration is provided in support of Trojan's Motion for Relief from Stay **(the "Motion")** filed contemporaneously herewith.

2. Trojan is a Wyoming Limited Liability Company active in good standing in Wyoming since February 25, 2014. Trojan has been active and in good standing in California since February 11, 2015.

3. Because of my training, management, and work experience at Trojan, I am personally familiar with Trojan's policies, procedures, and practices concerning the purchase of second trust deeds and notes, the servicing of those loans, engaging in loss mitigation of those loans before starting foreclosure proceedings, and performing foreclosures on second deeds of trust in default. I am also personally familiar with the types or kinds of records prepared by Trojan or its agents in the regular course of purchasing second trust deeds and notes, servicing of those loans, engaging in loss mitigation of those loans before starting foreclosure proceedings, and performing foreclosures on second deeds of trust in default. I am also personally familiar with how those records are prepared, and the information and methods of preparation of those records. Therefore, I act as Custodian of Records for Trojan. The exhibits attached to the Motion that are taken from the business records of Trojan were made at or near the time by or from information transmitted by someone with knowledge, the records are kept in the course of regularly conducted activity of Trojan's business, and keeping such records is and was a regular practice of Trojan.

4. Trojan is the holder of the Note between Michael Joseph Ruffner, as borrower (the "Debtor"), and National City Bank, as the original lender, dated September 22, 2006 **(the "Note")**, having purchased it. Trojan has physical possession of the original Note, which has

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4833-6175-1643 v1    - 2 -    DECLARATION OF DON A. MADDEN III IN SUPPORT OF TROJAN CAPITAL INVESTMENTS, LLC'S MOTION FOR RELIEF FROM STAY

1  been endorsed to Trojan.  A true and correct copy of the Note together with the endorsements
2  thereon is attached to the Motion as **Exhibit "2."**

3  5.  Trojan is the holder of a second priority Deed of Trust **(the "Deed of Trust")**
4  securing the Note and encumbering the real property located at 4829 Camino Costado, San
5  Clemente, CA 92673 **(the "Property")**.  The legal description for the Property is set forth in the
6  Deed of Trust. The Deed of Trust was recorded against the Property on September 29, 2006, as
7  document no. 2006000651011 in the official records of the Orange County Recorder.  A true and
8  correct copy of the Deed of Trust is attached to the Motion as **Exhibit "1."**  The Court is also
9  requested to take judicial notice of this document pursuant to FRE 201.  The original of the Deed
10 of Trust was delivered to Trojan and is in its possession.

11 6.  The Deed of Trust was assigned to Trojan, as reflected in the recorded Corporate
12 Assignment of Deed of Trust attached to the Motion as part of **Exhibit "1."**  The Court is also
13 requested to take judicial notice of these documents pursuant to FRE 201.

14 7.  In July 2017, Trojan formally commenced foreclosure proceedings pursuant to its
15 rights under the Note and the Deed of Trust.  The original foreclosure sale date was set for
16 November 10, 2017.  However, on November 8, 2017, the Debtor commenced the instant
17 bankruptcy case, and therefore, the sale date was postponed.

18 8.  I have many years of experience working in the lending industry in California and
19 elsewhere within the United States.  I have extensive experience with the documentation process
20 for loans secured by real property in California.  I also have extensive experience with purchasing
21 loans secured by real property in California and with the documents utilized to effect the transfer
22 of the loans.

23 9.  PNC Bank, N.A., successor by merger to National City Bank, assigned the Deed
24 of Trust to Trinity Financial Services, LLC ("Trinity").  That Assignment of Deed of Trust is
25 recorded as Instrument Number 2014000432263 in the Official Records of the Orange County
26 Recorder.

27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4833-6175-1643 v1              - 3 -              DECLARATION OF DON A. MADDEN III IN SUPPORT OF
                                                       TROJAN CAPITAL INVESTMENTS, LLC'S MOTION FOR
                                                       RELIEF FROM STAY

10. Trinity assigned the Deed of Trust to Trojan. That Corporate Assignment of Deed of Trust is recorded as Instrument Number 2016000395135 in the Official Records of the Orange County Recorder.

11. As of the Petition Date, the Debtor had defaulted in his pre-petition payments with respect to the Note.

12. The Debtor claims that in 2007, National City Bank offered him a discounted payoff of the Note in the amount of $95,000. Trojan's documentation establishes that he signed the Note on or about September 22, 2006 for $172,385.00. The Debtor's alleged payoff letter from National City Bank is dated October 16, 2007. However, the loan files Trojan received for the Note did not reflect a $95,000 payment made by the Debtor in 2007, or at any other time.

13. Had the Debtor paid off the Note in 2007, IRS regulations would have required National City Bank to issue the Debtor a Form 1099-C for cancellation of indebtedness income. National City Bank would also have been required to record a Release or Satisfaction of the Deed of Trust and void the original Note. Trojan submits that the absence of this documentation tends to show that the Debtor did not pay off the Note.

14. Trojan reviewed a full title report in connection with its purchase of the Note. Neither National City Bank nor PNC Bank ever released the Deed of Trust recorded against the Property.

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of January, 2018, at Newport Beach, California.

_____
DON A. MADDEN III

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4833-6175-1643 v1

- 5 -

DECLARATION OF DON A. MADDEN III IN SUPPORT OF
TROJAN CAPITAL INVESTMENTS, LLC'S MOTION FOR
RELIEF FROM STAY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**1851 East First Street, Suite 1550, Santa Ana, California 92705-4067**

A true and correct copy of the foregoing document entitled (*specify*):
   **DECLARATION OF DON A. MADDEN III REPLY IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **01/26/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Brian C Andrews**     elizabeth@briancandrews.com, andrewslawgroupinc@gmail.com;r44711@notify.bestcase.com
- **Thomas H Casey (TR)**     msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Rafael R Garcia-Salgado**     rgarcia@bwslaw.com, bantle@bwslaw.com, rjr-nef@bwslaw.com
- **Richard J Reynolds**     rreynolds@bwslaw.com, psoeffner@bwslaw.com, tmims@bwslaw.com,rjr-nef@bwslaw.com;fcabezas@bwslaw.com
- **Andrew A Smits**     , kimberly@smits-law.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **Gilbert R Yabes**     ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **01/26/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Michael Joseph Ruffner**
4829 Camino Costado
San Clemente, CA 92673

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/26/18, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Hon. Erithe A. Smith**
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/26/18 | Bernadette C. Antle | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

- 2 -

DECLARATION IN SUPPOT OF REPLY IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362