| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Brian C. Andrews, Esq. (SBN 212969)<br>6496 Weathers Place, Suite 200<br>San Diego, CA 92121<br>T: 858-452-5600<br>F: 858-452-5601<br>brian@briancandrews.com | |
| ☐ Individual appearing without attorney<br>☒ Attorney for: Michael Ruffner | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Michael Joseph Ruffner<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:17-bk-14421-ES<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR:**<br>Withdrawal as Counsel to Michael Ruffner<br><br><br><br><br>*(Specify name of Motion)* |
| | DATE: 04/17/2018<br>TIME: 10:30 am<br>COURTROOM: 5A<br>PLACE: Ronald Reagan Federal Building & Courthouse<br>411 West 4th St, Ste 5040 /Ctrm 5A,<br>Santa Ana, CA 92701 |

1. TO (*specify name*): All Parties of Interest

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 1                               F 9013-1.1.HEARING.NOTICE

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 02/27/2018

Andrews Law Group
Printed name of law firm

/s/ Brian C. Andrews
Signature

Brian C. Andrews
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9013-1.1.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) Withdrawal as Counsel to Michael Ruffner

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/27/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas H Casey (TR) msilva@tomcaseylaw.com, thc@trustesolutions.net
Rafael R. Garcia-Salgado rgarcia@bwslaw.com, bantle@bwslaw.com, rjr-nef@bwslaw.com
Richard J. Reynolds rreynolds@bwslaw.com, psoeffner@bwslaw.com, tmims@bwslaw.com, rjrnef@bwslaw.com
fcabezas@bwslaw.com; United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/27/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Michael Ruffner 4829 Camino Costado San Clemente, CA 92673

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/26/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe Smith
USBC - Santa Ana
411 W. 4th Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/27/2018 | Brian C. Andrews | /s/ Brian C. Andrews |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 3                    F 9013-1.1.HEARING.NOTICE

**BRIAN C. ANDREWS, ESQ. (SBN 212969)**
brian@briancandrews.com
**ANDREWS LAW GROUP, INC.**
6496 Weathers Place, Suite 200
San Diego, CA 92121
Phone: (858) 452-5600
Fax: (858) 452-5601

Attorneys for Debtor,
MICHAEL RUFFNER

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>MICHAEL RUFFNER<br><br>---<br><br>Trojan Capital Investments, LLC<br><br>Movant,<br><br>v.<br><br>Michael Ruffner, Debtor,<br><br>Respondents. | In Proceedings Under Chapter 7<br><br>Case No.: 8:17-bk-14421-ES<br><br>**NOTICE OF MOTION AND MOTION OF ANDREWS LAW GROUP, INC. TO WITHDRAW AS COUNSEL FOR MICHAEL RUFFNER**<br><br>[DECLARATION OF BRIAN C. ANDREWS, ESQ. FILED CONCURRENTLY]<br><br>Date:        April 17, 2018<br>Time:        10:30am<br>Ctrm/Floor:  5A<br>Judge:       Hon. Erithe A. Smith |

PLEASE TAKE NOTICE that Andrews Law Group, INC. ("ALG"), counsel for Michael Ruffner ("Debtor") in the above-captioned Chapter 7 case, hereby moves (the "Motion") the Court for an order granting ALG's request to withdraw as counsel to Debtor. This motion is made pursuant to Rule 2091-1 of the Local Bankruptcy Rules of the United States Bankruptcy Code for the Central District of California ("LBR") and Rule 3-700 of the California Rules of Professional Conduct.

- 1 -

  PLEASE TAKE FURTHER NOTICE that, pursuant to LBR 2091-1(c)(1), notice of this Motion is being given by first class United States mail or through Notice of Electronic Filing ("NEF") to the Debtor, the Trustee, the Office of the United States Trustee for the Central District of California, parties in interest that have requested special notice pursuant to LBR 2002, and parties named and appearing in the above-captioned bankruptcy case.

  PLEASE TAKE FUTHER NOTICE that, pursuant to LBR 9013-1(f), opposition to the Motion, if any, must be filed with the Court and served upon the undersigned counsel no later than 14 days before the date set for the hearing. Pursuant to LBR 9013-1(b), failure to respond to the Motion in a timely fashion may be deemed by the Court to constitute consent to the relief sought in the Motion.

February 22, 2018            **ANDREWS LAW GROUP, INC.**

                     By: /s/Brian D. Andrews
                     Attorney for Debtor, Michael Ruffner

- 2 -

NOTICE OF MOTION AND MOTION OF ANDREWS LAW GROUP, INC. TO WITHDRAW AS COUNSEL FOR
MICHAEL RUFFNER
CASE NO: 8:17-bk-14421-ES

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY COURT JUDGE, AND ALL INTERESTED PARES.

ALG hereby submits this Motion seeking an order approving the withdrawal of ALG as counsel of record for Debtor.

## I. INTRODUCTION

By this Motion, ALG seeks to withdraw as counsel of record for Debtor. To date, as a result of ALG's representation of Debtor in opposing the Motion to Lift Automatic Stay claim filed by Trojan Capital Investments, LLC, ALG has incurred $2,066.00 in unpaid attorneys fees. Furthermore, Debtor has been unresponsive and unreachable for the last 30 days. Due to Debtor's unwillingness to cooperate and communicate with counsel and his failure to meet his financial obligations to ALG and the likelihood that the ongoing bankruptcy and related proceedings will continue to drag on, ALG has no choice but to withdraw as counsel to Debtor. Debtor has been notified of the withdrawal and his need to seek new counsel.

## II. JURISDICTION AND VENUE

This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §157(b)(2)(1) and 28 U.S.C. section 1334. Venue is proper pursuant to 28 U.S.C §1408.

The statutory predicates for the relief sought herein are Rule 2091-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California (hereinafter, the "Local Bankruptcy Rules") and Rule 3-700(C) of the California Rules of Professional Conduct (hereinafter, the "Rules of Conduct").

## III. STATEMENT OF FACTS

On November 8, 2017, Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Central District of

- 3 -

California, Santa Ana Division, as United States Bankruptcy Court Case No. 8:17-bk-14421-ES, In re Michael Joseph Ruffner.

On or about November 28, 2017, Trojan Capital Investments, LLC ("Trojan"), filed a Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. Section 362.

On or about January 10, 2018, Debtor retained ALG to represent him in filing the Opposition to the Motion for Relief From the Automatic Stay. (Declaration of Brian C Andrews ¶3).

To date, debtor has not paid ALG for their work, per the Retainer Agreement, in the outstanding amount of $2066.00. (Declaration of Brian C Andrews ¶4). Debtor has been unresponsive and unreachable. He has been notified of the withdrawal and his need to seek new counsel. (Declaration of Brian C Andrews ¶5).

## IV. DISCUSSION

An attorney may appropriately withdraw as counsel when a client fails to satisfy its obligations to compensate the attorney for work performed.

### A.    Withdrawal is Appropriate

Pursuant to LBR 2091-1(a)(1), "[a]n attorney who has appeared on behalf of an entity in any matter concerning the administration of the case, in one or more proceedings, or both, may not withdraw as counsel except by leave of Court…" Such leave may be granted by the bankruptcy court so long as withdrawal is consistent with the California Rules of Professional Conduct. *Value Property Trust v. Zim Co.* (*In re Mortgage Realty Trust*). 195 B.R. 740, 747 (Bankr. C.D. Cal. 1996) (stating that the applicable professional conduct standards for attorneys practicing in the Bankruptcy Court for the Central District of California are provided by the rules of professional conduct promulgated by the California State bar). Withdrawal as counsel of record is permitted

- 4 -

pursuant to the California Rules of Professional Conduct if the client breaches its obligations to pay his counsel's fees and expenses incurred in such representation. Rule of Conduct 3-700(C).

### 1. ALG has suffered financial Loss While Debtor Has Benefitted From Free Legal Counsel

ALG represented Debtor in filing his late Opposition to Motion to Lift Stay in his pending bankruptcy matter, without payment of attorney's fees or expenses, which now amount to $2,066.00. Moreover, Debtor has been unresponsive and unreachable for the last 30 days. Debtor has breached his obligation to pay ALG for attorney's fees and expenses incurred in this representation. Withdrawal is permitted pursuant to California Rules of Professional Conduct, 3-700(c). ALG now has no other choice but to withdraw from this case.

## V. CONCLUSION

ALG represented Debtor to the best of our ability to represent his interests in filing Debtor's Opposition to Motion to Lift Stay. However, debtor has failed to satisfy his obligations under the Retainer agreement, failing to pay any fees and expenses in this case. Withdrawal should be granted.

Dated: February 22, 2018                                          Andrews Law Group Inc.

By: /s/Brian D. Andrews
Brian C. Andrews, Esq.
Attorney for Debtor, Michael Ruffner

- 5 -

NOTICE OF MOTION AND MOTION OF ANDREWS LAW GROUP, INC. TO WITHDRAW AS COUNSEL FOR MICHAEL RUFFNER
CASE NO: 8:17-bk-14421-ES

BRIAN C. ANDREWS, ESQ. (SBN 212969)
brian@briancandrews.com
**ANDREWS LAW GROUP, INC.**
6496 Weathers Place, Suite 200
San Diego, CA 92121
Phone: (858) 452-5600
Fax: (858) 452-5601

Attorneys for Debtor,
MICHAEL RUFFNER

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>MICHAEL RUFFNER<br><br>Trojan Capital Investments, LLC<br><br>       Movant,<br><br>v.<br><br>Michael Ruffner, Debtor,<br><br>       Respondents. | In Proceedings Under Chapter 7<br><br>Case No.: 8:17-bk-14421-ES<br><br>**DECLARATION OF BRIAN C. ANDREWS, ESQ. IN SUPPORT OF MOTION OF ANDREWS LAW GROUP, INC. TO WITHDRAW AS COUNSEL FOR MICHAEL RUFFNER**<br><br>Date:   April 17, 2018<br>Time:   10:30am<br>Ctrm/Floor: 5A<br>Judge:   Hon. Erithe A. Smith |

I, Brian C. Andrews, Esq., declare as follows:

1.  I am an attorney at law duly licensed to practice before all courts in the State of California and before the United States District Courts for the Northern, Central and Southern Districts of California. I am the attorney of record for MICHAEL RUFFNER ("Debtor"), in the above-entitled proceedings and, as such, I have knowledge of the matters contained herein and they are true and correct of my own personal knowledge, except for those matters stated upon information and belief; as to those matters, I believe them to be true and correct and believe my information is from a reliable source. If called and sworn as a witness, I could and would testify competently thereto.

-1-

**DECLARATION OF BRIAN C. ANDREWS, ESQ.**
**CASE NO: 8:17-bk-14421-ES**

2.    I make this declaration in support of the Motion of Andrews Law Group, Inc. ("ALG") to withdraw as Counsel for Debtor.

3.    On or about January 10, 2018, Debtor retained ALG to represent him in filing the Opposition to the Motion for Relief From the Automatic Stay.

4.    To date, debtor has not paid ALG for their work, per the Retainer Agreement, in the outstanding amount of $2066.00. A true and correct copy of ALG invoices are attached hereto as Exhibit A.

5.    ALG support staff has attempted multiple times to reach Debtor to discuss his matter and attempt to collect his outstanding debt to our office, to no avail.

6.    Due to debtor's refusal to communicate with our office and his refusal to pay the Attorney's Fees due to this office, ALG has no choice but to withdraw as counsel in this matter. Debtor has been notified of the withdrawal and his need to seek new counsel.

**I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing facts are all true and correct, and that this Declaration was executed by me on February 23, 2018, in the County of San Diego, California.**

DATED: 2/23/2018

/S/Brian C. Andrews
BRIAN C. ANDREWS, ESQ.
Attorneys for Debtor, MICHAEL RUFFNER

# EXHIBIT A

# ANDREWS LAW GROUP, INC.

6496 WEATHERS PLACE, SUITE 200
SAN DIEGO, CA 92121
TEL (858) 452-5600  FAX (858) 452-5601

## INVOICE

**INVOICE Ruffner-001**                                                                         Date: 2/1/18

**BILL TO**
Michael Ruffner

| ATTORNEYS | HOURLY RATE |
|---|---|
| Associate Attorney | 200 |
| Paralegal | 100 |

| | DESCRIPTION | HOURS | HOURLY RATE | AMOUNT | LAWYER |
|---|---|---|---|---|---|
| 1/10/2018 | Review docs from Client and on Pacer | 1.00 | $ 300.00 | $ 300.00 | BCA |
| 1/10/2018 | Review docs from Client and on Pacer; create Client file and organize docs | 1.00 | $ 100.00 | $ 100.00 | EAC |
| 1/10/2018 | Email to Trustee | 0.20 | $ 100.00 | $ 20.00 | EAC |
| 1/10/2018 | Follow-up email to Trustee | 0.10 | $ 300.00 | $ 30.00 | BCA |
| 1/10/2018 | Email from Client; print attachment | 0.20 | $ 100.00 | $ 20.00 | EAC |
| 1/10/2018 | Reviewed Motion for Relief from Stay and Client docs and notes; case direction with Elizabeth | 1.00 | $ 300.00 | $ 300.00 | BCA |
| 1/10/2018 | Prepared Opposition to Motion for relief from stay | 1.20 | $ 100.00 | $ 120.00 | EAC |
| 1/10/2018 | Review draft of oppo; case direction with Elizabeth | 0.50 | $ 300.00 | $ 150.00 | BCA |
| 1/10/2018 | Finalized oppo; filed and served | 0.60 | $ 100.00 | $ 60.00 | EAC |
| 1/11/2018 | Prepare for hearing; appear at hearing; notes to file and calendar | 2.00 | $ 300.00 | $ 600.00 | BCA |
| 1/11/2018 | Met w/ OC after hearing | 0.30 | $ 300.00 | $ 90.00 | BCA |
| 1/11/2018 | Search for release at County Recorder | 0.70 | $ 300.00 | $ 210.00 | BCA |
| 1/17/2018 | Email from Client; print attachments | 0.20 | $ 100.00 | $ 20.00 | EAC |
| 1/17/2018 | Email from Client | 0.10 | $ 100.00 | $ 10.00 | EAC |
| 1/17/2018 | Email to client | 0.10 | $ 300.00 | $ 30.00 | BCA |
| 1/18/2018 | Email from Client | 0.10 | $ 100.00 | $ 10.00 | EAC |
| 1/18/2018 | Email from Client; print attachments | 0.10 | $ 100.00 | $ 10.00 | EAC |
| 1/18/2018 | Email from Client; print attachment | 0.10 | $ 100.00 | $ 10.00 | EAC |
| 1/18/2018 | Email from Client | 0.10 | $ 100.00 | $ 10.00 | EAC |
| 1/18/2018 | Email from Client; print attachment | 0.10 | $ 100.00 | $ 10.00 | EAC |
| 1/18/2018 | Review of Client docs and case direction with Elizabeth | 0.50 | $ 300.00 | $ 150.00 | BCA |

Page 1

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| 1/18/2018 | Multiple calls w/ client re: supp dec | 0.50 | $ 100.00 | $ 50.00 | EAC |
| 1/18/2018 | Draft supp dec | 1.50 | $ 100.00 | $ 150.00 | EAC |
| 1/18/2018 | Review and edited draft supp dec | 0.50 | $ 300.00 | $ 150.00 | BCA |
| 1/18/2018 | Finalized supp dec; filed and served | 0.70 | $ 100.00 | $ 70.00 | EAC |
| 1/19/2018 | Email from Client | 0.10 | $ 100.00 | $ 10.00 | EAC |
| 1/19/2018 | Email from Client; print attachment | 0.20 | $ 100.00 | $ 20.00 | EAC |
| 1/19/2018 | Email from Client; print attachment | 0.20 | $ 100.00 | $ 20.00 | EAC |
| 1/19/2018 | Email from Client | 0.10 | $ 100.00 | $ 10.00 | EAC |
| 1/21/2018 | Email from Client | 0.10 | $ 100.00 | $ 10.00 | EAC |
| 1/21/2018 | Multiple phone calls w/ OC re: docs from Client and Oppo | 0.30 | $ 300.00 | $ 90.00 | BCA |
| 1/21/2018 | Multiple phone calls and texts to and from Client re: docs, deadline, case | 0.50 | $ 300.00 | $ 150.00 | BCA |
| 1/31/2018 | Emailed Oppo to Client | 0.20 | $ 100.00 | $ 20.00 | EAC |
| 1/31/2018 | Review reply and make notes; review docs on Pacer | 1.00 | $ 300.00 | $ 300.00 | BCA |
| 2/1/2018 | Prepare for hearing; appear at hearing; notes to file and calendar | 2.00 | $ 300.00 | $ 600.00 | BCA |
| 2/1/2018 | Meeting with OC after hearing | 0.30 | $ 300.00 | $ 90.00 | BCA |
| 2/1/2018 | Email from Client | 0.10 | $ 100.00 | $ 10.00 | EAC |
| 2/1/2018 | Email from Client | 0.10 | $ 100.00 | $ 10.00 | EAC |

| | |
|---|---|
| TOTAL BILLABLE HOURS | $4,020.00 |
| HARD COSTS (Copies) | $ 46.00 |
| TOTAL HOURS + HARD COSTS | $ 4,066.00 |
| TRUST ACCOUNT BALANCE | $2,000.00 |
| SUBTOTAL | $2,066.00 |
| TOTAL AMOUNT DUE | $2,066.00 |

Thank you for your business!