| | |
|---|---|
| Richard J. Reynolds, SBN 89911<br>Rafael R. Garcia-Salgado, SBN 283230<br>Burke, Williams & Sorensen, LLP<br>1851 E. First Street, Suite 1550<br>Santa Ana, CA  92705<br>Telephone:    949.863.3363<br>Facsimile:    213.236.2700<br><br>Attorneys for Secured Creditor Trojan Capital Investments, LLC | |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>MICHAEL JOSEPH RUFFNER,<br><br>                                            Debtor.<br><br>TROJAN CAPITAL INVESTMENTS, LLC,<br><br>                                            Moving Party,<br>v.<br><br>MICHAEL JOSEPH RUFFNER,<br><br>                                            Respondent. | Case No. 8:17-bk-14421-ES<br><br>Chapter 7<br><br>**SUPPLEMENTAL DECLARATION OF THANH VO IN SUPPORT OF TROJAN CAPITAL INVESTMENTS, LLC'S MOTION FOR RELIEF FROM STAY**<br><br><u>Continued Hearing on Motion</u>:<br>Date:     May 25, 2018<br>Time:    1:00 p.m.<br>Judge:   Erithe Smith<br>Ctrm:    5A |

///

///

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4839-0313-0470 v1    1.    SUPPLEMENTAL DECLARATION OF THANH VO IN SUPPORT OF TROJAN CAPITAL INVESTMENTS, LLC'S MOTION FOR RELIEF FROM STAY

I, Thanh Vo, declare as follows:

1. The following facts are personally known to me, and I have first-hand knowledge of the same, or are matters of which the Court may take judicial notice. If called as a witness, I could and would competently testify thereto under oath. I am the Loss Mitigation Manager of Movant TROJAN CAPITAL INVESTMENTS, LLC (**"Trojan"**) and I am authorized to make this Declaration. This Declaration is provided in support of Trojan's Motion for Relief from Stay **(the "Motion")**, filed in the above-captioned case on November 28, 2017.

2. Trojan is the holder of the Note between Michael Joseph Ruffner, as borrower (the "Debtor"), and National City Bank, as the original lender, dated September 22, 2006 **(the "Note")**, having purchased it. Trojan has physical possession of the original Note, which has been endorsed to Trojan. A true and correct copy of the Note together with the endorsements thereon is attached to the Motion as Exhibit "2" and incorporated herein by reference.

3. Pursuant to the Court's order at the May 21, 2018 evidentiary hearing on the Motion, I have caused to be mailed to Trojan's counsel, Rafael R. Garcia-Salgado, the original Note and Deed of Trust for the Debtor's loan, together with assignments thereon.

4. The original Note has as of this writing been provided to our counsel of record to produce to the Court at the May 25, 2018 continued hearing on the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of May, 2018, at Newport Beach, California.

_____
THANH VO

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4839-0313-0470 v1    - 2 -    SUPPLEMENTAL DECLARATION OF THANH VO IN SUPPORT OF TROJAN CAPITAL INVESTMENTS, LLC'S MOTION FOR RELIEF FROM STAY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**1851 East First Street, Suite 1550, Santa Ana, California 92705-4067**

A true and correct copy of the foregoing document entitled (*specify*):

**SUPPLEMENTAL DECLARATION OF THANH VO IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **05/24/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Brian C Andrews**  elizabeth@briancandrews.com, andrewslawgroupinc@gmail.com;r44711@notify.bestcase.com
- **Thomas H Casey (TR)**  msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Rafael R Garcia-Salgado**  rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com
- **Richard J Reynolds**  rreynolds@bwslaw.com, psoeffner@bwslaw.com,tmims@bwslaw.com,rjr-nef@bwslaw.com;fcabezas@bwslaw.com
- **Andrew A Smits**  asmits@smits-law.com, kimberly@smits-law.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Gilbert R Yabes**  ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **05/24/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor:** Michael Joseph Ruffner, 4829 Camino Costado, San Clemente, CA 92673
**Judge:** Honorable Erithe A. Smith, 411 West Fourth Street, Suite 5040, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4839-0313-0470 v1    - 3 -    SUPPLEMENTAL DECLARATION OF THANH VO IN SUPPORT OF TROJAN CAPITAL INVESTMENTS, LLC'S MOTION FOR RELIEF FROM STAY

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/24/18 | Johnnelle Gomez | /s/ Johnnelle Gomez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4839-0313-0470 v1

- 4 -

SUPPLEMENTAL DECLARATION OF THANH VO IN SUPPORT OF TROJAN CAPITAL INVESTMENTS, LLC'S MOTION FOR RELIEF FROM STAY